**Fill in this information to identify the case:**

Debtor 1    JoAnne (NMI) Glass

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Missouri

Case number    15-42935-drd13

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust National Association, ET AL

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account:    4 3 5 5

**Date of payment change:**
Must be at least 21 days after date of this notice    11/01/2018

**New total payment:**    $ 1,160.15
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $ 668.86        New escrow payment:   $ 355.71

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:   _____%        New interest rate:   _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

| Debtor 1 | JoAnne (NMI) Glass | Case number (*if known*) 15-42935-drd13 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

### Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /S/ Adam J. Garcia
Signature

Date 10/03/2018

Print: Adam   J.   Garcia
First Name   Middle Name   Last Name

Title: Bankruptcy Asset Manager

Company: SN Servicing Corporation

Address: 323   5th Street
Number   Street

Eureka   CA   95501
City   State   ZIP Code

Contact phone (800) 603 0836

Email bknotices@snsc.com

SN Servicing Corporation
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  September 05, 2018

JO ANNE GLASS                                                                                          Loan:
804 NW ZAUN AVE                                                   Property Address:
BLUE SPRINGS MO  64015                                      804 NORTHWEST ZAUN AVENUE
                                                                                   BLUE SPRINGS, MO  64015

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Oct 2017 to Oct 2018.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Nov 01, 2018: | | Escrow Balance Calculation | |
|---|---|---|---|---|---|
| Principal & Interest Pmt: | 804.44 | 804.44 | | Due Date: | May 01, 2018 |
| Escrow Payment: | 668.86 | 355.71 | | Escrow Balance: | 4,668.70 |
| Other Funds Payment: | 0.00 | 0.00 | | Anticipated Pmts to Escrow: | 4,013.16 |
| Assistance Payment (-): | 0.00 | 0.00 | | Anticipated Pmts from Escrow (-): | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 | | Anticipated Escrow Balance: | $8,681.86 |
| Total Payment: | $1,473.30 | $1,160.15 | | | |

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 3,739.72 | (1,745.48) |
| Oct 2017 | 339.98 | 793.74 | | | * | 4,079.70 | (951.74) |
| Oct 2017 | | | | 1,952.00 | * Homeowners Policy | 4,079.70 | (2,903.74) |
| Nov 2017 | 339.98 | | 1,859.00 | | * Homeowners Policy | 2,560.68 | (2,903.74) |
| Dec 2017 | 339.98 | (1,190.61) | 2,220.71 | 2,316.55 | * County Tax | 679.95 | (6,410.90) |
| Dec 2017 | | 6,410.90 | | | * Escrow Only Payment | 679.95 | 0.00 |
| Jan 2018 | 339.98 | 668.86 | | | * | 1,019.93 | 668.86 |
| Feb 2018 | 339.98 | 668.86 | | | * | 1,359.91 | 1,337.72 |
| Mar 2018 | 339.98 | 668.86 | | | * | 1,699.89 | 2,006.58 |
| Apr 2018 | 339.98 | | | | * | 2,039.87 | 2,006.58 |
| May 2018 | 339.98 | | | | * | 2,379.85 | 2,006.58 |
| Jun 2018 | 339.98 | 1,337.72 | | | * | 2,719.83 | 3,344.30 |
| Jul 2018 | 339.98 | | | | * | 3,059.81 | 3,344.30 |
| Aug 2018 | 339.98 | 1,324.40 | | | * | 3,399.79 | 4,668.70 |
| Sep 2018 | 339.98 | | | | * | 3,739.77 | 4,668.70 |
| | | | | | Anticipated Transactions | 3,739.77 | 4,668.70 |
| Sep 2018 | | 3,344.30 | | | | | 8,013.00 |
| Oct 2018 | | 668.86 | | | | | 8,681.86 |
| | $4,079.76 | $14,695.89 | $4,079.71 | $4,268.55 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling $4,079.71.  Under Federal law, your lowest monthly balance should not have exceeded $679.95 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Page 1

**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

SN Servicing Corporation
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: September 05, 2018

JO ANNE GLASS                                                                                    Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 8,681.86 | 4,268.56 |
| Nov 2018 | 355.71 | 1,952.00 | Homeowners Policy | 7,085.57 | 2,672.27 |
| Dec 2018 | 355.71 | 2,316.55 | County Tax | 5,124.73 | 711.43 |
| Jan 2019 | 355.71 | | | 5,480.44 | 1,067.14 |
| Feb 2019 | 355.71 | | | 5,836.15 | 1,422.85 |
| Mar 2019 | 355.71 | | | 6,191.86 | 1,778.56 |
| Apr 2019 | 355.71 | | | 6,547.57 | 2,134.27 |
| May 2019 | 355.71 | | | 6,903.28 | 2,489.98 |
| Jun 2019 | 355.71 | | | 7,258.99 | 2,845.69 |
| Jul 2019 | 355.71 | | | 7,614.70 | 3,201.40 |
| Aug 2019 | 355.71 | | | 7,970.41 | 3,557.11 |
| Sep 2019 | 355.71 | | | 8,326.12 | 3,912.82 |
| Oct 2019 | 355.71 | | | 8,681.83 | 4,268.53 |
| | $4,268.52 | $4,268.55 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $711.43. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $711.43 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $8,681.86. Your starting balance (escrow balance required) according to this analysis should be $4,268.56. This means you have a surplus of $4,413.30. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

We anticipate the total of your coming year bills to be $4,268.55. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 355.71 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $355.71 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the Notice of Payment Change was sent via U.S. first class mail on this 5th day of October 2018 to the following non-ECF parties:

JoAnne Glass
804 N.W. Zaun
Blue Springs, MO 64015

The undersigned certifies that a true and correct copy of the Notice of Payment Change was electronically filed with the Court using the CM/ECF system which sent notification to following parties of interest participating in the CM/ECF system:

Timothy M. Starosta
118 N. Conistor Ln., Suite B#317
Liberty, MO 64068
Attorney for Debtor

Richard Fink
2345 Grand Blvd., Suite 1200
Kansas City, MO 64108-2663
Bankruptcy Trustee

/s/ David Noyce
David Noyce